# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D2024-3342

—————————————————

TYRONE WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

March 5, 2025

PER CURIAM.

The Court dismisses the appeal as untimely filed. *See* Fla. R. App. P. 9.110(b).

KELSEY, WINOKUR, and M.K. THOMAS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Tyrone Williams, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.